# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



CARMEN CARRILLO BURGOS, et al.
    Plaintiffs

          **v.**                    **Civil No. 98-1200(SEC)**

PUERTO RICO ELECTRIC POWER
AUTHORITY
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 33**<br>"Motion for the Substitution of<br>Defendants' Legal Representation" | **Granted**. |

DATE:  July *17*, 2000

*[signature]*
SALVADOR E. CASELLAS
United States District Judge

