IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARMEN CARRILLO BURGOS, et al.   *
                                 *
Plaintiffs                       *   Civil No. 98-1200(SEC)
                                 *
v.                               *
                                 *
PUERTO RICO ELECTRIC POWER       *
AUTHORITY, et al.                *
                                 *
Defendants                       *
************************************

## ORDER

In an Opinion and Order dated August 12, 1999, the Court stayed the above-captioned proceedings pursuant to the Colorado River Abstention Doctrine. **(Docket #29).** Over one year has elapsed, and the parties have not informed the Court of the status of the Commonwealth case. As such, the parties are hereby **Ordered to file an Informative Motion regarding the status of the parallel case within ten (10) days.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 26 day of January, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)