## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARMEN CARRILLO BURGOS, et. al.    *

             *

       Plaintiffs            *

             *     **Civil No. 98-1200(SEC)**

         v.            *

             *

PUERTO RICO ELECTRIC POWER   *

AUTHORITY., et. al.            *

             *

       Defendants          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

On August 11, 1999, the Court issued an Opinion and Order staying this case until the parallel Commonwealth suit was adjudicated. **(Docket #29)**. On February 2, 2001, the parties informed the Court that a pretrial conference in the Commonwealth case is set for March 19, 2001. Currently the above-captioned case is stayed and remains open in the Court's docket. Therefore, in the exercise of its administrative management duties, the Court **ORDERS** that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**. Upon the dismissal or conclusion of the parallel case in the Commonwealth Court, the parties may move for, and the Court will order, the reinstatement of these proceedings. Judgment is hereby entered accordingly.

       **SO ORDERED.**

       In San Juan, Puerto Rico, this _12 TH_ day of February, 2001.

                     SALVADOR E. CASELLAS

                     United States District Judge



